T. Jason Wood, Esq. [ISB #5016]
WOOD LAW GROUP, PC
1488 Midway Avenue
Idaho Falls, ID  83406
Telephone: (208) 497-0400
Fax: (208) 932-4380
Email: jason@woodlaw.net

Attorneys for Plaintiff

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALFREDO LOPEZ, MARCELLINO LOPEZ, JR., and THOMAS FURNISS,<br><br>Plaintiffs,<br><br>v.<br><br>KNIFE RIVER CORPORATION– MOUNTAIN WEST, a Delaware corporation,<br><br>Defendant. | Case No. 1:20-cv-00261-DCN<br><br><br>NOTICE OF VOLUNTARY DISMISSAL<br>(WITHOUT PREJUDICE) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs above-named, by and through counsel of record, hereby voluntarily dismiss the within action through this notice, said dismissal being without prejudice.

DATED this 4th day of June, 2020.

WOOD LAW GROUP, PC

By: /s/
T. Jason Wood, Esq.

1 -   NOTICE OF VOLUNTARY DISMISSAL (WITHOUT PREJUDICE)